FLYNN RILEY BAILEY & PASEK LLP
David B. Tillotson (No. 148162)
Ravi D. Sahae (No. 276113)
1010 B Street, Suite 200
San Rafael, CA 94901
Fax (415) 482-9939
(415) 461-1000

Attorneys for Plaintiff and Cross-Defendants
Arroyo & Company, Inc., and Pedro Arroyo

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARROYO & COMPANY, INC., a California corporation,<br><br>　　　　　　Plaintiff,<br><br>　vs.<br><br>DUNHILL PARTNERS, INC., a Texas corporation; WILLIAM HUTCHINSON, an individual; and DOES 1-50, inclusive.<br><br>　　　　　　Defendants.<br>―――――――――――――――――――<br>DUNHILL PARTNERS, INC, a Texas corporation,<br><br>　　　　　　Counterclaimant,<br><br>　vs.<br><br>ARROYO & COMPANY, INC, a California corporation, and PEDRO ARROYO, an individual,<br><br>　　　　　　Defendants. | Case No: 2:13-cv-00233-WBS-EFB<br><br>**STIPULATION FOR DISMISSAL** |

**PARTIES**

Plaintiff Arroyo & Company and Defendant Dunhill Partners, Inc. and William Huchinson have resolved their dispute and hereby request that the matter be dismissed, with prejudice, each party to bear their own fees and costs.

DATED: July 3, 2014                    FLYNN RILEY BAILEY & PASEK LLP


_____/s/_____
David B. Tillotson
Attorneys for Plaintiff and Defendants
Arroyo & Company, Inc., and Pedro Arroyo


DATED: July 3, 2014                    ZACKS & FREEMAN, P.C.


_____/s/_____
Andrew M. Zacks
Attorneys for Defendants and
Countercomplainants Dunhill Partners, Inc., a
Texas Corporation, and William Hutchinson


IT IS HEREBY ORDERED THAT PURSUANT TO THE ABOVE STIPULATION, THIS CASE IS DISMISSED WITH PREJUDICE

Dated: July 7, 2014

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE